Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−15533−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony J. Picinich                     Dinka Picinich
   207 Cliff Street                         207 Cliff Street
   Cliffside Park, NJ 07010            Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−3452                           xxx−xx−7270

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on October 5, 2023.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 5, 2023
JAN: slm

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 23-15533-RG

Anthony J. Picinich                                                                       Chapter 13

Dinka Picinich

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 05, 2023 | Form ID: 148 | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony J. Picinich, Dinka Picinich, 207 Cliff Street, Cliffside Park, NJ 07010-1408 |
| 519956820 | + | Excelcare Medical Associates, P.O. Box 42964, Philadelphia, PA 19101-2964 |
| 520023067 | + | Fay Servicing, LLC as servicing agent for Mill Cit, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 520018376 | + | HOLY NAME MEDICAL CENTER, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519956825 | + | Holy Name Medical Ctr, 718 Teaneck Road, Teaneck, NJ 07666-4281 |
| 519956826 | + | Hudson Regional Hospital, 55 Meadowlands Parkway, Secaucus, NJ 07094-2977 |
| 520005979 | | Mill City Mortgage Loan Trust 2019-1, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519956828 | + | Mill City Mortgage Loan Truste, c/o KLM Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519999593 | + | NEW JERSEY MANUFACTURERS INSURANCE COMPANY, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 519956831 | + | Professional Physical Therapy, c/o Receivable Collection Services, 170 Jericho Tpk, Suite 204, Floral Park, NY 11001-2024 |
| 519956833 | + | Remex Collection, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519956834 | + | Sa-Vit Collection, 46 W. Ferris Street, East Brunswick, NJ 08816-2159 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519956821 | | Email/Text: ECF@fayservicing.com | Oct 05 2023 20:59:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381 |
| 519956823 | | Email/Text: BNSFS@capitalsvcs.com | Oct 05 2023 20:59:00 | First Savings Credit*, P.O. Box 5019, Sioux Falls, SD 57117 |
| 519956822 | + | EDI: AMINFOFP.COM | Oct 06 2023 00:46:00 | First Premier Bank*, P.O. Box 5519, Sioux Falls, SD 57117-5519 |
| 519956824 | + | EDI: WFNNB.COM | Oct 06 2023 00:46:00 | Forever 21*, Comenity Bank Bankruptcy Dept, P.O. Box 183043, Columbus, OH 43218-3043 |
| 520015541 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2023 21:04:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519976994 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2023 21:04:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519956829 | | Email/Text: ml-ebn@missionlane.com | Oct 05 2023 20:58:00 | Mission Lane*, Customer Service, P.O. Box 31535, Tampa, FL 33631 |
| 519956827 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2023 21:04:11 | Merrick Bank*, P.O. Box 171379, Salt Lake City, UT 84117-1379 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519956830 | + | Email/Text: Bankruptcies@nragroup.com | Oct 05 2023 21:01:00 | National Recovery Agency, Po Box 67015, Harrisburg, PA 17106-7015 |
| 520017701 | + | EDI: JEFFERSONCAP.COM | Oct 06 2023 00:46:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519989575 | | EDI: Q3G.COM | Oct 06 2023 00:46:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519956832 | + | Email/Text: ngisupport@radiusgs.com | Oct 05 2023 20:59:00 | Radius Global Solutions*, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 520004892 | | Email/Text: bankruptcytn@wakeassoc.com | Oct 05 2023 20:58:00 | STADIUM EMERGENCY ASSOCIATES, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 519956835 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2023 21:00:00 | Santander Consumer USA*, Attn: Bankruptcy Dept, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519956836 | + | Email/Text: bkteam@selenefinance.com | Oct 05 2023 20:59:00 | Selene Finance*, Customer Service, P.O. Box 422039, Houston, TX 77242-4239 |
| 519956838 | + | EDI: RMSC.COM | Oct 06 2023 00:46:00 | Synchrony Bank*, Bankruptcy Dept, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519956837 | ##+ | Stern, Lavinthal, Frankenberg*, 105 Eisenhower Pkwy, Ste 302, Roseland, NJ 07068-1640 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Courtney R. Shed | on behalf of Creditor Fay Servicing LLC as servicing agent for Mill City Mortgage Loan Trust 2019-1, Wilmington Savings Fund Society, FSB, as Trustee cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Laura M. Egerman | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society, FSB, as Trustee laura.egerman@mccalla.com, bkyecf@rasflaw.com;legerman@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 05, 2023 | Form ID: 148 | Total Noticed: 30 |

| | |
|---|---|
| Phillip Andrew Raymond | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1  Wilmington Savings Fund Society, FSB, as Trustee phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Steven J. Abelson | on behalf of Debtor Anthony J. Picinich sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Dinka Picinich sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7